AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Dusty Allan Higgins

)
)
)
)
)
)
)

Case: 1:23-mj-00028
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/3/2023
Description: COMPLAINT W/ ARREST WARRANT

_____
Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

         **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Dusty Allan Higgins                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in Capitol Building.

Date:      02/03/2023

Robin M. Meriweather    Digitally signed by Robin M. Meriweather
Date: 2023.02.03 16:47:44 -05'00'
*Issuing officer's signature*

City and state:          Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 02/03/2023 , and the person was arrested on *(date)* 02/07/2023 at *(city and state)* Grand Junction, CO . | | |

Date:  02/07/2023

_____
*Arresting officer's signature*

W. Monty Waldron, Special Agent
*Printed name and title*  – FBI